## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| WILLIE JAMES ALLEN JR. | Case No. 18-14191-KHK |
| Debtor | |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed March 9, 2019. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) – Feasibility.**
• Debtor has not yet provided filed 2018 tax returns.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

*Attend the hearing to be held on April 25, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington*

**Notice of Objection To Confirmation**
Willie James Allen Jr., Case # 18-14191-KHK

*Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

    Thomas P. Gorman
    300 North Washington Street, Ste, 400
    Alexandria, VA 22314

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _April 12, 2019_____      __/s/Thomas P. Gorman _____
    Thomas P. Gorman
    Chapter 13 Trustee
    300 N. Washington Street, #400
    Alexandria, VA 22314
    (703) 836-2226
    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of April, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Willie James Allen Jr. | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 15579 John Diskin Circle | Fisher-Sandler, LLC. |
| Woodbridge, VA 22191 | 3977 Chain Bridge Rd. #2 |
| | Fairfax, VA 22030 |

    __/s/ Thomas P. Gorman_____
    Thomas P. Gorman