**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| WILLIE JAMES ALLEN JR. | Case No. 18-14191-KHK |
| Debtor | |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

*Attend the hearing to be held on July 9, 2020 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria,*

**Notice and Motion to Dismiss**
Willie James Allen Jr., Case #18-14191-KHK

*VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _June 10, 2020_____                    __/s/ Thomas P. Gorman_____
                                             Thomas P. Gorman
                                             Chapter 13 Trustee
                                             300 N. Washington Street, #400
                                             Alexandria, VA 22314
                                             (703) 836-2226
                                             VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of June, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Willie James Allen Jr. | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 15579 John Diskin Circle | Fisher-Sandler, LLC. |
| Woodbridge, VA 22191 | 3977 Chain Bridge Rd. #2 |
| | Fairfax, VA 22030 |

                                             __/s/ Thomas P. Gorman_____
                                             Thomas P. Gorman

# Thomas P. Gorman, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 06/10/2020

CASE NO: 18-14191-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6804
ALLEN JR., WILLIE JAMES
AKA:

DATE FILED: 12/15/2018
CONFIRMED: 09/24/2019
LATEST 341: 01/22/2019
PERCENTAGE: 16.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 01/2019
ON SCHEDULE: 16,365.00
ACTUAL PAYMENTS: 14,345.00
AMOUNT BEHIND: 2,020.00

15579 JOHN DISKIN CIRCLE
WOODBRIDGE, VA 22191

ATTORNEY: NATHAN FISHER, ESQ.
FISHER-SANDLER, LLC
3977 CHAIN BRIDGE RD. #2
FAIRFAX, VA 22030
Phone: 703 691-1642  Fax: 703 691-0192

Needed to Complete Base:
BASE: 64,740.00
50,395.00

SCHEDULE: 1,125.00 MONTHLY
TOTAL PAID: 14,345.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 06/05/20 | PC | 1,125.00 |
| 04/27/20 | PC | 1,125.00 |
| 03/16/20 | PC | 1,125.00 |
| 02/05/20 | PC | 1,125.00 |
| 12/09/19 | PC | 895.00 |
| 12/05/19 | RETURNED FUNDS | (895.00) NSF |
| 12/02/19 | PC | 895.00 |
| 11/01/19 | PC | 895.00 |
| 09/30/19 | PC | 895.00 |
| 09/04/19 | PC | 895.00 |
| 08/01/19 | PC | 895.00 |
| 07/01/19 | PC | 895.00 |
| 06/03/19 | PC | 895.00 |
| 04/30/19 | PC | 895.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 349761 | ANGELA MASTERS | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 002 | 346086 | TREASURER OF VIRGINIA | PRO 06/2020 | PRI 100.00 | | 0.00 0.00 | 11,571.56 11,571.56 | 11,571.56 11,571.56 | 11,571.56 0.00 | 0.00 0.00 |
| 003 | 336674 | WELLS FARGO BANK NA | FIX | SEC 100.00 | | 300.00 5,100.00 | 15,492.50 15,492.50 | 15,492.50 15,492.50 | 0.00 0.00 | 15,492.50 0.00 |
| 003A | 348799 | WELLS FARGO BANK, N.A. / R/S ORD 6/7/19 - PLAN? YES POC? YES | FIX | SEC 100.00 | | 112.00 1,904.00 | 6,704.95 6,704.95 | 6,704.95 6,704.95 | 0.00 0.00 | 6,704.95 0.00 |
| 004 | 345015 | ONEMAIN FINANCIAL / MOD PLAN PROVIDES | FIX | SEC 100.00 | | 25.00 425.00 | 582.74 582.74 | 582.74 582.74 | 0.00 0.00 | 582.74 0.00 |
| 005 | 348050 | AMERICAN EXPRESS NATIONAL BANK | PRO | UNS 16.00 | | 0.00 0.00 | 1,383.10 1,383.00 | 1,383.10 221.30 | 0.00 0.00 | 221.30 0.00 |
| 006 | 343570 | DEPARTMENT STORE NATIONAL BANK | PRO | UNS 16.00 | | 0.00 0.00 | 542.70 542.00 | 542.70 86.83 | 0.00 0.00 | 86.83 0.00 |
| 007 | 339784 | BANK OF AMERICA, N.A. | PRO | UNS 16.00 | | 0.00 0.00 | 6,234.34 6,234.00 | 6,234.34 997.49 | 0.00 0.00 | 997.49 0.00 |
| 008 | 343811 | BANK OF AMERICA | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 3,062.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | PORT | PORTFOLIO RECOVERY ASSOCIATES / BARCLAY/PRICELINE | PRO | UNS 16.00 | | 0.00 0.00 | 814.51 814.00 | 814.51 130.32 | 0.00 0.00 | 130.32 0.00 |
| 010 | 323976 | CAPITAL ONE BANK USA, NA | PRO | UNS 16.00 | | 0.00 0.00 | 972.38 972.38 | 972.38 155.58 | 0.00 0.00 | 155.58 0.00 |
| 011 | 323976 | CAPITAL ONE BANK USA, NA | PRO | UNS 16.00 | | 0.00 0.00 | 543.33 543.33 | 543.33 86.93 | 0.00 0.00 | 86.93 0.00 |
| 012 | 345041 | CW NEXUS CREDIT CARD HOLDINGS | PRO | UNS 16.00 | | 0.00 0.00 | 1,774.08 1,774.08 | 1,774.08 283.85 | 0.00 0.00 | 283.85 0.00 |
| 013 | 349762 | POWELL'S RUN | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 1,539.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | 349280 | CHASE BANK | PRO | UNS 16.00 | | 0.00 0.00 | 3,062.92 3,062.00 | 3,062.92 490.07 | 0.00 0.00 | 490.07 0.00 |
| 015 | 321302 | CHASE | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 633.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 016 | 301568 | CREDIT FIRST, NA / FIRESTONE | PRO | UNS 16.00 | | 0.00 0.00 | 1,976.79 2,010.00 | 1,976.79 316.29 | 0.00 0.00 | 316.29 0.00 |
| 017 | 313486 | DISCOVER BANK | PRO | UNS 16.00 | | 0.00 0.00 | 2,186.29 2,186.29 | 2,186.29 349.81 | 0.00 0.00 | 349.81 0.00 |
| 018 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 12,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | 332103 | CAPITAL ONE, NA / KOHLS | PRO | UNS 16.00 | | 0.00 0.00 | 738.69 738.00 | 738.69 118.19 | 0.00 0.00 | 118.19 0.00 |
| 020 | LVNV | LVNV FUNDING LLC. | PRO | UNS 16.00 | | 0.00 0.00 | 1,507.20 1,507.20 | 1,507.20 241.15 | 0.00 0.00 | 241.15 0.00 |
| 021 | 341739 | NET CREDIT | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 7,524.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 022 | 345904 | ONEMAIN FINANCIAL / SECURED? | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 15,998.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/10/2020

CASE NO: 18-14191-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6804
ALLEN JR., WILLIE JAMES                          SCHEDULE:    1,125.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 023 | 345905 | SYNCHRONY BANK / AMAZON | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 4,149.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 024 | 338827 | MIDLAND FUNDING LLC / GAP | PRO | UNS 16.00 | | 0.00 / 0.00 | 2,955.13 / 1,727.00 | 2,955.13 / 472.82 | 0.00 / 0.00 | 472.82 / 0.00 |
| 025 | PORT | PORTFOLIO RECOVERY ASSOCIATES / LOWES | PRO | UNS 16.00 | | 0.00 / 0.00 | 2,133.17 / 2,171.00 | 2,133.17 / 341.31 | 0.00 / 0.00 | 341.31 / 0.00 |
| 026 | PORT | PORTFOLIO RECOVERY ASSOCIATES / SYNCHRONY BANK/QCARD | PRO | UNS 16.00 | | 0.00 / 0.00 | 512.22 / 549.00 | 512.22 / 81.96 | 0.00 / 0.00 | 81.96 / 0.00 |
| 027 | 344854 | TIMEPAYMENT CORPORATION LLC / LEASE | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 4,224.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 028 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 10,208.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 029 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 3,358.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 030 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 2,956.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 031 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 1,753.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 032 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 1,216.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 033 | 343570 | DEPARTMENT STORE NATIONAL BANK / MACYS | PRO | UNS 16.00 | | 0.00 / 0.00 | 1,707.72 / 1,707.00 | 1,707.72 / 273.24 | 0.00 / 0.00 | 273.24 / 0.00 |
| 034 | 345306 | WELLS FARGO BANK | PRO | UNS 16.00 | | 0.00 / 0.00 | 1,406.88 / 1,406.00 | 1,406.88 / 225.10 | 0.00 / 0.00 | 225.10 / 0.00 |
| 035 | 313651 | WORLD FOREMOST BANK N | PRO | UNS 16.00 | | 0.00 / 0.00 | 0.00 / 681.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 036 | 338827 | MIDLAND FUNDING LLC / U/L- SAMS CLUB- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 8,525.54 / 0.00 | 8,525.54 / 1,364.09 | 0.00 / 0.00 | 1,364.09 / 0.00 |
| 037 | 338827 | MIDLAND FUNDING LLC / U/L- SAMS CLUB- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 4,530.92 / 0.00 | 4,530.92 / 724.95 | 0.00 / 0.00 | 724.95 / 0.00 |
| 038 | 338827 | MIDLAND FUNDING LLC / U/L- TJX- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 3,890.17 / 0.00 | 3,890.17 / 622.43 | 0.00 / 0.00 | 622.43 / 0.00 |
| 039 | 346085 | VERIZON BY AMERICAN INFOSOURCE L / UNLISTED- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 135.14 / 0.00 | 135.14 / 21.62 | 0.00 / 0.00 | 21.62 / 0.00 |
| 040 | PORT | PORTFOLIO RECOVERY ASSOCIATES / UNLISTED-PAYPAL- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 1,727.13 / 0.00 | 1,727.13 / 276.34 | 0.00 / 0.00 | 276.34 / 0.00 |
| 041 | PORT | PORTFOLIO RECOVERY ASSOCIATES / U/L- SLEEPY'S - NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 316.29 / 0.00 | 316.29 / 50.61 | 0.00 / 0.00 | 50.61 / 0.00 |
| 042 | PORT | PORTFOLIO RECOVERY ASSOCIATES / U/L- JCPENNY- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 4,176.39 / 0.00 | 4,176.39 / 668.22 | 0.00 / 0.00 | 668.22 / 0.00 |
| 043 | PORT | PORTFOLIO RECOVERY ASSOCIATES / UNLISTED - HSN- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 967.34 / 0.00 | 967.34 / 154.77 | 0.00 / 0.00 | 154.77 / 0.00 |
| 044 | PORT | PORTFOLIO RECOVERY ASSOCIATES / UNLISTED- BEST BUY- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 4,072.91 / 0.00 | 4,072.91 / 651.67 | 0.00 / 0.00 | 651.67 / 0.00 |
| 045 | PORT | PORTFOLIO RECOVERY ASSOCIATES / U/L- GUITAR CENTER- NO RSP TO NOI | PRO | UNS 16.00 | | 0.00 / 0.00 | 1,978.29 / 0.00 | 1,978.29 / 316.53 | 0.00 / 0.00 | 316.53 / 0.00 |
| 046 | 344309 | QUANTUM3 GROUP LLC AS AGENT FOR / U/L PROSPER FUNDING - NO RSP TO N( | PRO | UNS 16.00 | | 0.00 / 0.00 | 12,643.14 / 0.00 | 12,643.14 / 2,022.90 | 0.00 / 0.00 | 2,022.90 / 0.00 |
| 046A | 343782 | PROSPER MARKETPLACE / CLAIM WITHDRAWN 5/23/2019 | PRO-I | UNS 16.00 | | 0.00 / 0.00 | 12,643.14 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Closed |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                          Case Power® 12.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/10/2020

CASE NO: 18-14191-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6804
ALLEN JR., WILLIE JAMES

SCHEDULE: 1,125.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | FISHER | NATHAN FISHER, ESQ. | PRO 06/2020 | ATY 100.00 | | 0.00 0.00 | 3,500.00 3,500.00 | 3,000.00 3,000.00 | 884.34 0.00 | 2,115.66 0.00 |
| | | Trustee Administrative Fees | | | | | | 866.60 | 866.60 | |
| | | | | | TOTALS: | 437.00 7,429.00 | 111,266.46 136,479.03 | 111,633.06 49,964.72 | 13,322.50 0.00 | 36,642.22 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,500.00 | 11,571.56 | 22,780.19 | 98,627.28 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,000.00 | 11,571.56 | 22,780.19 | 11,746.37 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 884.34 | 11,571.56 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,115.66 | 0.00 | 22,780.19 | 11,746.37 | 0.00 | DUE CREDITORS: | 36,642.22 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,957.75 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 1,022.50 |
| BALANCE DUE: | 0.00 | 2,115.66 | 0.00 | 22,780.19 | 11,746.37 | 0.00 | APPROX BALANCE: | 39,577.47 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                                         Case Power® 12.5